**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  November 12, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Gary Kruck | |

Criminal Action No. 13-cr-00027-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                    James Nelson

       Plaintiff,

v.

NORMAN TELTOW,                                         Robert Pepin

       Defendant.

---

**SENTENCING MINUTES**
---

**1:01 p.m.**     **Court in session**.

Hearing continued from August 7, 2013.

Defendant present on bond.

Further argument by counsel.

Allocution. - Statements made by:  The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**     Motion to Restrict (**Doc. #44**) is **DENIED**.

**ORDER:**     Motion for Non-Guideline Sentence (**Doc.#26**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**ORDER:**     Bond is exonerated.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**2:05 p.m.       Court in recess.**

Total Time:     1 hour 4 minutes.
Hearing concluded.